No. 80–6194.  HARRIS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6202.  SCOTT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6210.  BLOCKER *v.* HERMAN ET AL.  Sup. Ct. Mich. Certiorari denied.

No. 80–6217.  WADE *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 80–6358.  WEBER *v.* ENGLE, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80–6359.  CIUMMEI *v.* AMARAL, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 80–6362.  JOHNSON *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 80–6363.  PHILLIPS *v.* EVENING STAR NEWSPAPER Co.  Ct. App. D. C.  Certiorari denied.

No. 80–6365.  READ *v.* KUBINSKI ET AL.  C. A. 3d Cir. Certiorari denied.

No. 80–6373.  JACKSON *v.* WYOMING.  Sup. Ct. Wyo. Certiorari denied.

No. 80–6381.  WILSON *v.* ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 80–6383.  DUNHAM *v.* SHIELDS, CHAIRMAN, VIRGINIA PAROLE BOARD.  C. A. 4th Cir.  Certiorari denied.